Duy Thai, SBN 157345
DThai@gammalaw.com
Marco Martemucci, SBN 255054
MMartemucci@gammalaw.com
Gamma Law, P.C.
One Sansome Street, Suite 3500
San Francisco, California 94104
Tel.: 415.901.0510
Fax: 415.901.0512

Attorneys for Petitioner
Shueisha Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re 17 U.S.C. § 512(h) Subpoena to CLOUDFLARE, INC. | CASE NO. 3:25-mc-80147<br><br>**REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Petitioner Shueisha Inc. ("Shueisha") through undersigned counsel and its authorized representatives, hereby requests that the Clerk of this Court, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. 512(h), issue the proposed subpoena to Cloudflare, Inc. ("Cloudflare") to identify certain alleged infringers of certain works in which Shueisha is the authorized copyright holder, as set forth in the supporting Declaration of Hiroyuki Nakajima ("Nakajima Decl.") being filed concurrently herewith.

In support of its request, Shueisha submits and attaches the following: (1) a proposed subpoena (see Exhibit A); (2) a sworn declaration attesting that the purpose for which the DMCA subpoena is sought is proper under the DMCA (see Nakajima Decl. ¶ 7); and (3) a copy of the Section 512(c)(3)(A) notice sent at Shueisha's direction to Cloudflare. (See Schedule 1 of Nakajima Decl.)

*[Signature Page Follows]*

Dated: June 10, 2025                    **GAMMA LAW P.C.**

                                        By: /s/ Marco Martemucci
                                        Marco Martemucci
                                        *Attorney for Shueisha Inc.*