**KRONENBERGER ROSENFELD, LLP**
Jeffrey M. Rosenfeld (Bar No. 222187)
Leah Rosa Vulić (Bar No. 343520)
548 Market St. #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
jeff@kr.law
leah@kr.law

Attorneys for John Doe

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re 17 U.S.C. § 512(h) Subpoena to**<br><br>**CLOUDFLARE, INC.** | Case No. 3:25-mc-80147-AGT<br><br><br>**DECLARATION OF LEAH ROSA VULIĆ IN SUPPORT OF JOINT DISCOVERY STATEMENT RE. JOHN DOE'S MOTION TO QUASH DMCA SUBPOENA TO CLOUDFLARE, INC. AND/OR MOTION FOR PROTECTIVE ORDER** |

**DECL. OF L. VULIĆ ISO MTN TO QUASH DMCA SUBPOENA TO CLOUDFLARE**

I, Leah Rosa Vulić, hereby declare as follows:

1.      I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California. I am an associate at the law firm of Kronenberger Rosenfeld, LLP, counsel for John Doe ("Doe"), a Cloudflare user whose identifying and other information is sought by Petitioner Shueisha Inc. ("Shueisha")'s DMCA Subpoena to Cloudflare Inc. ("Cloudflare") in this action. Unless otherwise stated, I have personal knowledge of the matters stated herein, and if called to testify thereon, could and would do so competently.

2.      On July 13, 2025, I visited the website https://www.domaintools.com/ and searched for WHOIS information for the domain mangajikan.com. A true and correct copy of the WHOIS information for the domain mangajikan.com, which I captured using GoFullPage website screencapture on July 13, 2025, is attached hereto as **Exhibit A**.

3.      On July 13, 2025, I visited the website https://www.domaintools.com/ and searched for WHOIS information for the domain alammanga.com. A true and correct copy of the WHOIS information for the domain alammanga.com, which I captured using GoFullPage website screencapture on July 13, 2025, is attached hereto as **Exhibit B**.

4.      The domains mangajikan.com and alammanga.com (collectively, the "Domains") are at issue in the instant discovery letter regarding John Doe's motion to quash. As declared under penalty of perjury by John Doe in his declaration, John Doe used Cloudflare for DNS and CDN services for the Domains.

5.      On July 18, 2025, I visited Cloudflare's website and the webpage https://www.cloudflare.com/trust-hub/abuse-approach/, titled "Our approach to abuse." I downloaded a full-page screenshot of this webpage using GoFullPage website screencapture on that date. A true and correct copy of this screencapture is attached here to as **Exhibit C**. I have annotated Exhibit C to highlight relevant portions discussed herein.

6.      As Exhibit C shows, Cloudflare's ability to respond to reports of abuse, and its approach to reports of abuse, guided by the Digital Millennium Copyright Act [17 U.S.C. §512] ("DMCA"), depends on the type of Cloudflare service at issue.

7.      Cloudflare states that when an abuse report (such as a DMCA takedown notice) is

1

KRONENBERGER ROSENFELD

submitted to Cloudflare because its IP address appears in the WHOIS and DNS records for a website, it is very likely that the websites—like John Doe's Websites, *see* Exs. A and B—use Cloudflare's pass-through security and content distribution network (CDN) services—like John Doe's Websites did.

8.      However, Cloudflare clarifies, Cloudflare does not host content through its CDN services, and as such, it cannot remove content from the Internet when it solely offers CDN services.

9.      Similarly, as Cloudflare explains, content is not hosted through Cloudflare's DNS service. Instead, a DNS (Domain Name System) is the "phonebook of the Internet," responsible for finding the correct IP address when users type domain names into web browsers. *See* Ex. D. The DNS server is thus simply responsible with connecting a domain name to the correct IP address to a website, not with hosting, storing, or caching content.

10.     On July 13, 2025, I visited Cloudflare's website and the webpage https://www.cloudflare.com/learning/dns/what-is-a-dns-server/, an article by Cloudflare titled "What is a DNS server?". I downloaded a full-page screenshot of this webpage using GoFullPage website screencapture on that date. A true and correct copy of this screencapture is attached here to as **Exhibit D**.

11.     In Shueisha's Takedown Notice [D.E. 1-3], the URL for the Original Work identified as being infringed is: https://www.shonenjump.com/j/rensai/onepiece.html. On July 13, 2025, I visited the URL https://www.shonenjump.com/j/rensai/onepiece.html. A true and correct copy of this website, which I captured using GoFullPage website screencapture on July 13, 2025, is attached hereto as **Exhibit E**. A true and correct copy of this website, translated to English by Google Translate, which I captured using GoFullPage website screencapture on July 13, 2025, is attached hereto as **Exhibit F**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 19, 2025.

s/ Leah Rosa Vulić
Leah Rosa Vulić

Exhibit A

https://whois.domaintools.com/mangajikan.com

July 13, 2025 at 2:39 PM PDT

HOME    **RESEARCH**

**DomainTools**

PROFILE ▾    CONNECT ▾    MONITOR ▾    SUPPORT    Whois Lookup    LOGIN    **Sign Up**

Home  ›  Whois Lookup  ›  MangaJiKan.com

**Whois Record** for MangaJiKan.com

**Notice:** Possible deprecation of Whois services after January 28, 2025.  **More Info ⬇**

## Whois Record for MangaJiKan.com

How does this work?

**─ Domain Profile**

| | |
|---|---|
| Registrar | TUCOWS, INC. Tucows Domains Inc. |
| | IANA ID: 69 |
| | URL: http://tucowsdomains.com, http://www.tucows.com |
| | Whois Server: whois.tucows.com |
| | domainabuse@tucows.com |
| | ℗ +1.4165350123 |
| Registrar Status | clientTransferProhibited, clientUpdateProhibited |
| Dates | 417 days old |
| | Created on 2024-05-22 |
| | Expires on 2027-05-22 |
| | Updated on 2025-07-04 |
| Name Servers | ALARIC.NS.CLOUDFLARE.COM (has 32,052,255 domains) |
| | DEB.NS.CLOUDFLARE.COM (has 32,052,255 domains) |
| IP Address | 104.21.9.183 - 699 other sites hosted on this server |
| IP Location | 🇺🇸 California - San Jose - Cloudflare Inc. |
| ASN | 🇺🇸 AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) |
| Domain Status | Registered And No Website |
| IP History | 4 changes on 4 unique IP addresses over 1 years |
| Hosting History | 3 changes on 1 unique name servers over 1 year |

**Whois Record** ( last updated on 2025-07-13 )

```
Domain Name: MANGAJIKAN.COM
Registry Domain ID: 2883531738_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.tucows.com
Registrar URL: http://tucowsdomains.com
Updated Date: 2025-07-04T13:24:43
Creation Date: 2024-05-22T08:56:58
Registrar Registration Expiration Date: 2027-05-22T08:56:58
Registrar: TUCOWS, INC.
Registrar IANA ID: 69
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Registry Registrant ID:
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Charlestown
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: KN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext:
Registrant Email: https://tieredaccess.com/contact/d4e9cc78-f919-4abc-abc3-4e0cad57e1b7
Registry Admin ID:
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Email: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext:
Admin Email: REDACTED FOR PRIVACY
Registry Tech ID:
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext:
Tech Email: REDACTED FOR PRIVACY
Name Server: deb.ns.cloudflare.com
Name Server: alaric.ns.cloudflare.com
DNSSEC: unsigned
Registrar Abuse Contact Email: domainabuse@tucows.com
Registrar Abuse Contact Phone: +1.4165350123
URL of the ICANN WHOIS Data Problem Reporting System: https://icann.org/wicf

"For more information on Whois status codes, please visit https://icann.org/epp"
```

**DomainTools Iris**
The gold-standard Internet intelligence platform
**Learn More**

**⬇ Preview the Full Domain Report**

**Tools**

Hosting History
Monitor Domain Properties  ▾
Reverse IP Address Lookup  ▾
Network Tools  ▾

**Visit Website**

**View Screenshot History**

**Available TLDs**

**General TLDs**    **Country TLDs**

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

■ Taken domain.
■ Available domain.
■ Deleted previously owned domain.

| | | |
|---|---|---|
| ■ | MangaJiKan.com | View Whois |
| ■ | MangaJiKan.net | View Whois |
| ■ | MangaJiKan.org | View Whois |
| ■ | MangaJiKan.info | View Whois |
| ■ | MangaJiKan.biz | View Whois |
| ■ | MangaJiKan.us | Buy Domain |



📶  f  𝕏  in

Sitemap    Blog    Terms    Privacy    Contact    California Privacy Notice    Do Not Sell My Personal Information    © 2025 DomainTools

Exhibit B

https://whois.domaintools.com/alammanga.com                                                          July 13, 2025 at 2:41 PM PDT

HOME    **RESEARCH**

**DomainTools**    PROFILE ▾    CONNECT ▾    MONITOR ▾    SUPPORT    | Whois Lookup    🔍 |    LOGIN    **Sign Up**

Home  ›  Whois Lookup  ›  AlamManga.com

Notice: Possible deprecation of Whois services after January 28, 2025.  **More Info ⓘ**

## Whois Record for AlamManga.com

How does this work?

— Domain Profile

| | |
|---|---|
| Registrar | TUCOWS, INC. Tucows Domains Inc.<br>IANA ID: 69<br>URL: http://tucowsdomains.com,http://www.tucows.com<br>Whois Server: whois.tucows.com<br><br>domainabuse@tucows.com<br>ⓟ +1.4165350123 |
| Registrar Status | clientTransferProhibited, clientUpdateProhibited |
| Dates | 668 days old<br>Created on 2023-09-14<br>Expires on 2026-09-14<br>Updated on 2025-07-04 |
| Name Servers | 1-YOU.NJALLA.NO (has 52,829 domains)<br>2-CAN.NJALLA.IN (has 125 domains)<br>3-GET.NJALLA.FO (has 2 domains) |
| Domain Status | Registered And No Website |
| IP History | 2 changes on 2 unique IP addresses over 2 years |
| Hosting History | 4 changes on 4 unique name servers over 2 years |

Whois Record ( last updated on 2025-07-13 )

```
Domain Name: ALAMMANGA.COM
Registry Domain ID: 2813696560_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.tucows.com
Registrar URL: http://tucowsdomains.com
Updated Date: 2025-07-04T09:15:51
Creation Date: 2023-09-14T05:16:17
Registrar Registration Expiration Date: 2026-09-14T05:16:17
Registrar: TUCOWS, INC.
Registrar IANA ID: 69
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Registry Registrant ID:
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Charlestown
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: KN
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext:
Registrant Email: https://tieredaccess.com/contact/e381b014-3278-4b58-bfa5-f7de068d5fee
Registry Admin ID:
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext:
Admin Email: REDACTED FOR PRIVACY
Registry Tech ID:
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext:
Tech Email: REDACTED FOR PRIVACY
Name Server: 1-you.njalla.no
Name Server: 2-can.njalla.in
Name Server: 3-get.njalla.fo
DNSSEC: unsigned
Registrar Abuse Contact Email: domainabuse@tucows.com
Registrar Abuse Contact Phone: +1.4165350123
URL of the ICANN WHOIS Data Problem Reporting System: https://icann.org/wicf

"For more information on Whois status codes, please visit https://icann.org/epp"
```



**DomainTools Iris**
The gold-standard internet
intelligence platform
Learn More

**⚲ Preview the Full Domain Report**

Tools

**Hosting History**
**Monitor Domain Properties** ▾

**Visit Website**

**View Screenshot History**

**Available TLDs**

**General TLDs**    Country TLDs

The following domains are available through our
preferred partners. Select domains below for more
information. (3rd party links)

🟩 Taken domain.
🟩 Available domain.
🟨 Deleted previously owned domain.

| | |
|---|---|
| AlamManga.com | View Whois |
| AlamManga.org | Buy Domain |
| AlamManga.net | Buy Domain |
| AlamManga.info | Buy Domain |
| AlamManga.biz | Buy Domain |
| AlamManga.us | Buy Domain |

  

🔗  f  𝕏  in    Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information   © 2025 DomainTools

Exhibit C



| Platform | Products | Developers | Partners | Resources | Company | | Log in | Contact sales |

Trust Hub    Privacy & data protection    Responsible AI    Compliance resources    Technologies    **Trust & Safety**

# Our approach to abuse

Cloudflare offers security and reliability services to millions of websites, helping prevent online abuse and make the Internet more secure. When it comes to reports of abuse on websites that use our services, our ability to respond depends on the type of Cloudflare service at issue. Most abuse reports we receive pertain to websites that use our pass-through security and content delivery network (CDN) services, while far fewer reports relate to websites using our registrar services or our services to host content at the edge. Because Cloudflare offers a variety of Internet infrastructure services to users, our abuse reporting system is designed with those different services in mind.



**Click here to submit an abuse report**

## Guiding principles in handling abuse reports



### Service specific

Responses to abuse should reflect the nature of the services at issue and the ability to address the harm, while minimizing the possibility of unintended consequences.



### Access to an abuse process

Complainants should have a mechanism to present their grievances to the party best positioned to address them.



### Transparency

We believe in being transparent about when and how we take actions to address abuse.

## How infrastructure services differ from other Internet services

Cloudflare's approach to abuse reflects the nature of our infrastructure services, which are fundamentally distinct from services like social media platforms and search engines that are designed to interact with and curate content. While content curator services are designed around moderating content, infrastructure services operate without content-based distinction to help make the Internet function more securely, efficiently, and reliably. These differences can be visualized in a stack, where services at the top of the stack are better positioned to address abuse in the first instance.

Everyone benefits from a well-functioning Internet

### The role of Internet service providers in addressing harmful content online

Content Moderation ↑↑↑

**In the Business of Content**

| Ad-related Services (Monetization) | No Cloudflare products. |
| Recommendation & Prioritization (Social media & marketplaces) | No Cloudflare products. |
| Search Engines | No Cloudflare products. |

**In the Business of Infrastructure**

| Hosting (Definitive storage of online content) | Cloudflare Products: ☁ Stream ▤ Images ▤ Pages ⚙ Workers KV |
| Plugins (Like payment services) | |

**Website Availability**

| CDN/Caching (Temporary storage to improve performance) | Cloudflare Products: ▤ Cloudflare CDN |
| Security/Proxy (Infrastructure designed to improve security and privacy) | Cloudflare Products: ⛨ DDoS Protection ▤ WAF |

infrastructure, just like other physical infrastructure, and we believe that infrastructure services should generally be made available in a content-neutral way. That is particularly true for services that protect users and customers from cyber attacks.

Cloudflare's abuse reporting system is designed to ensure that abuse complaints related to content can be addressed by those service providers higher in the stack, and to identify those instances in which action lower down the stack is appropriate.

| Domain Registration (Registry, Registrar) | Cloudflare Products |
|---|---|
| | ● Cloudflare Registrar |
| Authoritative DNS | Cloudflare Products |
| | ☁ Cloudflare DNS |

**Web Navigation**

| Recursive DNS/VPN | Cloudflare Products |
|---|---|
| | ● 1.1.1.1  ● WARP |
| Browsers | No Cloudflare products. |

**Transit/ IP Layer**

Internet Access

Legal Process
Due Process

## Why the Cloudflare service at issue matters

Even within the category of Internet infrastructure, different types of services have different abilities to address abusive content. While a hosting provider may be able to effectively remove particular content from a website, other services involved in the transmission of content generally cannot. In addition to being ineffective, attempts to address abuse through cybersecurity services can have unintended consequences and make the broader Internet less secure. Laws like the United States' Digital Millennium Copyright Act and the EU's Digital Services Act reflect this reality by creating a framework for addressing abuse that distinguishes among hosting services, caching services, and mere conduit services.

## Which Cloudflare service(s) are at issue

If you are submitting an abuse report to us because our IP address appears in the WHOIS and DNS records for a website, it is very likely that the website is one of millions of websites that use our pass-through security and content distribution network (CDN) services. Our IP address appears in the WHOIS and DNS records for those websites because of the nature of our security services. If a website uses Cloudflare's registrar services, that will be reflected in the WHOIS records for the website. If Cloudflare might qualify as the origin hosting provider because of the use of services such as Cloudflare Stream, Cloudflare Pages, Cloudflare Workers, Cloudflare Workers KV, and Cloudflare Images that can definitively store content, our systems will account for those services in processing your report.

## Reverse proxy, pass-through security, and CDN services

The vast majority of abuse reports that we receive are about websites using our pass-through security, and content distribution network (CDN) services. Cloudflare does not host content through those services, and we cannot remove content from the Internet that we do not host.

Our abuse reporting system is therefore designed to ensure that your report gets to the parties best positioned to address your complaint: the website operator and the hosting provider for the website on which the content is posted. When you submit a report relating to a website using these services, we will take the following steps:

| Forward your complaint to the website operator and the hosting provider to allow them to take action on it. For some categories of complaints, you can direct us not to forward your complaint to the website operator;

| Provide the hosting provider with the origin IP address of the content at issue to help them locate it;

| Depending on the nature of your complaint, respond to you with additional details so that you can follow up as necessary.



## Hosting services

A small minority of abuse reports we receive relate to content definitively stored through Cloudflare Stream, Cloudflare Pages, Cloudflare Workers, Cloudflare Workers KV, or Cloudflare Images such that Cloudflare might qualify as the origin hosting provider. If your abuse report pertains to content that we host and that we believe violates the applicable supplemental terms of service, we will remove or disable access to that content. If we disable access or remove content in response to an abuse report, we generally also notify the website operator of our action and we may make the content available again if appropriate based on the website operator's response. For certain abuse categories, including copyright and trademark, we follow the notice-and-takedown process set forth in the Digital Millennium Copyright Act. Cloudflare provides notice to the user of steps to remove or limit access to the content. If the user submits a valid counter notice and the abuse reporter fails to initiate a lawsuit, Cloudflare will restore access to the content.

Our Transparency Report includes details on the requests we receive to disable access to content stored on our network, described as "hosted content."

## We may block or remove any content we determine:

| Contains, displays, distributes, or encourages the creation of child sexual abuse material, or otherwise exploits or promotes the exploitation of minors;

| Infringes on intellectual property rights;

| Has been determined by appropriate legal process to be defamatory or libelous;

| Engages in the unlawful distribution of controlled substances;

| Facilitates human trafficking or prostitution in violation of the law;

| Contains, installs, or disseminates any active malware, or uses our platform for exploit delivery (such as part of a command and control system);

| Is otherwise illegal, harmful, or violates the rights of others, including content that discloses sensitive personal information, incites or exploits violence against people or animals, or seeks to defraud the public.

## More details about Cloudflare's approach to abuse

Registrar services                                                     +

When Cloudflare removes or blocks access to content                    +

When Cloudflare terminates services                                    +

**Getting Started**
Free plans
Small business plans
For enterprises
Get a recommendation
Request a demo
Contact sales

**Solutions**
Connectivity cloud
Application services
SSE and SASE services
Network services
Developer platform

**Support**
Help center
Customer support
Community forum
Developers Discord
Lost account access?
Cloudflare status

**Compliance**
Compliance resources
Trust
GDPR
Responsible AI
Transparency report
Report abuse

**Public interest**
Project Galileo
Athenian Project
Cloudflare for Campaigns
Project Fairshot

**Company**
About Cloudflare
Network map
Our team
Logos & press kit
Diversity, equity, & inclusion
Impact/ESG



© 2025 Cloudflare, Inc.  |  Privacy Policy  |  Terms of Use  |  Report Security Issues  |  Your Privacy Choices  |  Trademark

Exhibit D

https://www.cloudflare.com/learning/dns/what-is-a-dns-server/                                    July 13, 2025 at 5:04 PM PDT



Platform    Products    Developers    Partners    Resources    Company

Log in    Contact sales

# What is a DNS server?

When users type domain names into the URL bar in their browser, DNS servers are responsible for translating those domain names to numeric IP addresses, leading them to the correct website.

Learning Center    What is DNS?    What is 1.1.1.1?    DNS Records    Securing DNS    Domain Registration    DNS Glossary    theNET    DNSSEC Protecti...

## Learning Objectives

After reading this article you will be able to:

- Define a DNS server
- Outline a typical DNS lookup
- Explain how DNS caching works
- Understand the consequences of DNS server failure

### RELATED CONTENT

Anycast DNS
DNS amplification attack
DNS Cache Poisoning
DNS flood attack
DNS

### Want to keep learning?

Subscribe to theNET, Cloudflare's monthly recap of the Internet's most popular insights!

Email: *

Subscribe to theNET

Refer to Cloudflare's Privacy Policy to learn how we collect and process your personal data.

Copy article link 🔗

## What is a DNS server?

The Domain Name System (DNS) is the phonebook of the Internet. When users type domain names such as 'google.com' or 'nytimes.com' into web browsers, DNS is responsible for finding the correct IP address for those sites. Browsers then use those addresses to communicate with origin servers or CDN edge servers to access website information. This all happens thanks to DNS servers: machines dedicated to answering DNS queries.

## What is a server?

A server is a device or program dedicated to providing services to other programs, referred to as 'clients'. DNS clients, which are built into most modern desktop and mobile operating systems, enable web browsers to interact with DNS servers. For more, see The Client-Server Model.

## How do DNS servers resolve a DNS query?

In a typical DNS query without any caching, there are four servers that work together to deliver an IP address to the client: recursive resolvers, root nameservers, TLD nameservers, and authoritative nameservers.

The DNS recursor (also referred to as the DNS resolver) is a server that receives the query from the DNS client, and then interacts with other DNS servers to hunt down the correct IP. Once the resolver receives the request from the client, the resolver then actually behaves as a client itself, querying the other three types of DNS servers in search of the right IP.

**Complete DNS Lookup and Webpage Query**



First the resolver queries the root nameserver. The root server is the first step in translating (resolving) human-readable domain names into IP addresses. The root server then responds to the resolver with the address of a top-level domain (TLD) DNS server (such as .com or .net) that stores the information for its domains.

Next the resolver queries the TLD server. The TLD server responds with the IP address of the domain's authoritative nameserver. The recursor then queries the authoritative nameserver, which will respond with the IP address of the origin server.

The resolver will finally pass the origin server IP address back to the client. Using this IP address, the client can then initiate a query directly to the origin server, and the origin server will respond by sending website data that can be interpreted and displayed by the web browser.

REPORT
2024 IDC Marketscape for Edge Delivery Services                    Get the report

## What is DNS caching?

In addition to the process outlined above, recursive resolvers can also resolve DNS queries using cached data. After retrieving the correct IP address for a given website, the resolver will then store that information in its cache for a limited amount of time. During this time period, if any other clients send requests for that domain name, the resolver can skip the typical DNS lookup process and simply respond to the client with the IP address saved in the cache.

Once the caching time limit expires, the resolver must retrieve the IP address again, creating a new entry in its cache. This time limit, referred to as the time-to-live (TTL) is set explicitly in the DNS records for each site. Typically the TTL is in the 24-48 hour range. A TTL is necessary because web servers occasionally change their IP addresses, so resolvers cannot serve the same IP from the cache indefinitely.

**FAST & SECURE DNS**

**Free DNS included with any Cloudflare plan**

Start for free

## What happens when DNS servers fail?

DNS servers can fail for multiple reasons, such as power outages, cyber attacks, and hardware malfunctions. In the early days of the Internet, DNS server outages could have a relatively large impact. Thankfully, today there is a lot of redundancy built into DNS. For example, there are many instances of the root DNS servers and TLD nameservers, and most ISPs have backup recursive resolvers for their users. (Individual users can also use public DNS resolvers, like Cloudflare's 1.1.1.1.) Most popular websites also have multiple instances of their authoritative nameservers.

In the case of a major DNS server outage, some users may experience delays due to the amount of requests being handled by backup servers, but it would take a DNS outage of very large proportions to make a significant portion of the Internet unavailable. (This actually happened in 2016 when DNS provider Dyn experienced one of the biggest DDoS attacks in history).

## DNS security

When DNS servers are compromised or otherwise fail, it can have a hugely negative impact on users, businesses, and the Internet as a whole. Like anything connected to the Internet, DNS servers are vulnerable to a range of attacks, as well as impersonation by malicious parties. DNS security measures like DNSSEC help prevent such attacks, keeping both servers and the users who rely on them secure.

Cloudflare offers a Managed DNS Service that comes with built-in DNS security for protecting DNS servers from attacks and other common sources of server failure.

| Getting Started | About DNS | DNS Servers | DNS Records | DNS Glossary | Learning Center Navigation |
|---|---|---|---|---|---|
| Free plans | What is DNS? | What's a DNS Server? | Overview | What is 1.1.1.1? | Learning Center Home |
| For enterprises | DNS security | DNS Root Server | DNS A Record | What is My IP Address? | DDoS Learning Center |
| Compare plans | DNS over TLS | | DNS AAAA Record | DNS Zone | CDN Learning Center |
| Domain name search | How to buy a domain name | | DNS CNAME Record | Dynamic DNS | Serverless Learning Center |
| Get a recommendation | How to transfer a domain name | | DNS MX Record | Reverse DNS | Security Learning Center |
| Request a demo | Common DNS issues | | DNS TXT Record | Primary vs. secondary DNS | Performance Learning Center |
| Contact sales | | | DNS NS Record | Round-robin DNS | SSL Learning Center |
| | | | DNS SOA Record | Anycast DNS | Bots Learning Center |
| | | | DNS SRV Record | Recursive DNS | Cloud Learning Center |
| | | | DNS PTR Record | DNS Cache Poisoning | Access Management Learning Center |
| | | | DNSKEY and DS Records | Domain Name | Network Layer Learning Center |
| | | | DNS SPF Record | Domain name registrar | Privacy Learning Center |
| | | | DNS DKIM Record | Best Domain Name Registrar | Video Streaming Learning Center |
| | | | DNS DMARC Record | Expired Domains | Email Security Learning Center |
| | | | | Cloudflare Registrar | AI Learning Center |
| | | | | DNS Fast Flux | |
| | | | | Top-Level Domain | |
| | | | | Domain hijacking | |



Exhibit E

https://www.shonenjump.com/j/rensai/onepiece.html
July 13, 2025 at 2:38 PM PDT

少年ジャンプ

少年ジャンプ
ジャンプルーキー！

雑誌　連載作品　コミックス　漫画賞　アプリ・ゲーム　グッズ・アニメ　リンク

『ONE PIECE』尾田栄一郎



この作品を試し読み

第1巻 第1話 ROMANCE DAWN-冒険の夜明け-

※無料配信は予告なく終了する場合がございます。

## コミックス

全巻リスト


ONE PIECE【112】
購入・試し読み


ONE PIECE【111】
購入・試し読み


ONE PIECE【110】
購入・試し読み

## ストーリー＆キャラクター

〝ひとつなぎの大秘宝〟を巡る海洋冒険ロマン!!

時は大海賊時代。いまや伝説の海賊王G・ロジャーの遺した「ひとつなぎの大秘宝」を巡って、幾人もの海賊達が戦っていた。そんな海賊に憧れる少年ルフィは、海賊王目指して大いなる旅に出る!!


モンキー・D・ルフィ


ロロノア・ゾロ


ナミ


ウソップ



## ピックアップ



## トピックス

### 少年ジャンプ

 
週刊少年ジャンプ 2025年 33号

ジャンプGIGA 2025 SPRING

 
最強ジャンプ 8月号

少年ジャンプ＋ 2025年 33号





### イチオシ情報

 
南北横丁ごっこ人気投票結果発表！

超大型無料試し読み＆キャンペーン実施中！

### 漫画賞

  
第4回学校課題漫画賞!! 投稿受付中！

手塚賞・赤塚賞 第110回手塚賞&第103回赤塚賞 投稿受付中！

 
デジタル＆アナログ アシスタント募集中で大募集！

WEB持込み WEBでの持ち込み受付を始めました！

 
受賞作品一覧

少年ジャンプ漫画賞総合 Q&A







 Netflix『ONE PIECE』シーズン2の続報が到着！麦わらの一味"船医、実写ドラマデビュー!! グローバルイベント『TUDUM』にて公開された"動くチョッパー、を観に行こう!!
2025/06/30

 2025年8月9日(土)・10日(日)開催!!『ONE PIECE DAY'25』の超速報!! 2025年8月10日(日)メインステージにて豪華アーティストが参戦決定!! チケット先行販売2次(抽選)は2025年7月13日(日)まで！
2025/06/30

 「ONE PIECEカードゲーム」買ってすぐ遊べるスタートデッキ!! 2025年6月28日(土)発売！公式サイトで最新情報をチェック!!
2025/06/23

 偉大なる知識の海へ!! 『第7回 ONE PIECE ナレッジ王決定戦』エントリーは2025年6月21日(土)23:59まで！
2025/06/16

 2025年8月9日(土)&10日(日)東京ビッグサイトで開催！『ONE PIECE DAY'25』チケット先行販売1次(抽選)2025年6月23日(月)まで応募受付中!! 詳細はコチラ!!
2025/06/09

## 関連書籍

  

ONE PIECE 尾田栄一郎画集 TIGER COLOR WALK9 / ONE PIECE magazine Vol.15 / ONE PIECE FILM RED（小説）

紙版を購入 / 紙版を購入 / 紙版を購入
電子版を購入 / 電子版を購入
試し読み

## プロモーションムービー



## 関連リンク

▶ ONE PIECE.com
▶ ONE PIECE WEB
▶ 麦わらストア
▶ Hello, ONE PIECE ルフィが町にやってくる！
▶ 『ONE PIECE』激動の世界会議編、開幕!!

## 連載陣アーカイブス

     

ONE PIECE / 僕とロボコ / SAKAMOTO DAYS / 逃げ上手の若君 / ウィッチウォッチ

11月13日、集英社が発行する『週刊少年ジャンプ』に連載中のマンガを、発売の上、発売日前にスキャンしてデジタル化し、無断でインターネット上に公開したとして、被疑者4人が京都府警サイバー犯罪対策課と嵐山署に逮捕されました。

報道などで把握者が無断で公開を企てたとされている。英語海賊版サイト「mangapanda」は裸版のマンガ誌を発売日前に入手し、それをスキャン、翻訳、加工して自らのサイトに掲載し広告収益を得ていた非常に悪質なサイトであり、また、他の海賊版サイトにスキャンしたファイルを供給するなど、国境を越えた海賊版グループの中核と推測されます。ネットの海賊行為に関しては、その収益や制作過程、流通経路など不明な点が非常に多く、今回の摘発を機に、その全容が解明されることを期待しております。

また、今回の事案は今年施行されたばかりの改正著作権法に基づき、集英社が有する出版権の侵害としても摘発されました。集英社ならびに週刊少年ジャンプ編集部は著作者が心血を注いで作り上げた大切な作品を正しい形で日本をはじめとする全世界の読者のみなさまにお届けするという今日の役割を果たすため、引き続き著作物の海賊行為に関しては刑事告訴も含め厳正に対応してまいります。

2015年11月17日<br>
株式会社集英社<br>
週刊少年ジャンプ編集部

まったく別人の肖像を、あたかも漫画家・久保帯人先生の肖像であるかのように思わせて紹介する行為が、ツイッターをはじめ、インターネット上に見受けられます。こうした行為は久保帯人先生の人格権を侵害する行為であり、悪質な場合には、法的措置も含め厳しく対処せざるをえませんので、ご注意ください。

2015年9月4日<br>
週刊少年ジャンプ編集部

今、ネット上には漫画を不正にコピーしたものがあふれています。これらの「不正コピー」とアップはすべて、漫画家たちの気持ちに反しておこなわれたものです。そして、「この作品はどうぞ読んでほしい」という作者の意図をも大きくねじ曲げています。「不正コピー」を作りネットにアップする行為は、たとえそれが善意な気持ちでおこなわれたとしても、漫画家が心血を注いで表現活動を傷つけることであり、また法に触れる行為もあります。私たちは、こうした「不正コピー」を改変するなど、漫画家と話し合いながら、考えられるあらゆる策を講じてきました。しかし、心ない人たちはあまりにも多く、残念ながらそのすべてには対応し切れてはいないのが現状です。読者の皆様にお願いです。ネット上にある「不正コピー」は、漫画文化、漫画家の権利、そして何より、漫画家の糧を深く窒つけるものです。それらはすべて法に触れる行為であるということを、今一度、ご理解ください。また漫画家の方々と集英社は今後も、ネット上のあらゆる「不正コピー」に対しては厳正に対処しています。読者の皆様の変わらぬご支援をお願いいたします。

週刊少年ジャンプ編集部

---

集英社プライバシーガイドライン

© SHUEISHA Inc. All rights reserved.
このサイトのデータの著作権は株式会社集英社または原著作者その他の権利者に帰属します。無断複製転載放送は禁止します。

 ABJマークは、この電子書店・電子書籍配信サービスが、著作権者からコンテンツ使用許諾を得た正規版配信サービスであることを示す登録商標（登録番号 第6091713号）です。ABJマークの詳細、ABJマークを掲示しているサービスの一覧はこちらhttps://aebs.or.jp/

Exhibit F

https://www.shonenjump.com/j/rensai/onepiece.html

July 13, 2025 at 2:29 PM PDT

少年ジャンプ

Shonen Jump+
Jump Rookie!

magazine | **Serialized Works** | Comics | Manga Award | Apps & Games | Goods and Anime | link

The 98th JUMP New Wor

## "ONE PIECE" by Eiichiro Oda



尾田栄一郎

Read this work for free

Volume 1, Episode 1: ROMANCE DAWN

*The free distribution may end without notice.

### Comics
Complete list





ONE PIECE 【112】 | ONE PIECE 【111】 | ONE PIECE 【110】

Purchase/Preview Reading | Purchase/Preview Reading | Purchase/Preview Reading

### Story & Characters

A romantic ocean adventure in search of the "One Piece" treasure!

It is the great age of pirates. Many pirates are fighting over the "One Piece" treasure left behind by the now legendary pirate king G. Roger. A young boy named Luffy, who admires such pirates, sets out on a great journey to become the pirate king himself!





Sanji | Tony Tony Chopper | Nico Robin | Frankie

### Pickup



### Topics

### Shonen Jump




Weekly Shonen Jump 2025 Issue 33 | JUMP GIGA 2025 SPRING





Saikyo Jump August issue | Shonen Jump+ 2025 Issue 33






### Recommended Information




The results of the Northern and Southern Dynasties Tag Popularity Poll have been announced! | A huge free trial reading campaign is underway!

### Manga Award




The 4th School Assignment Manga Award! Submissions are now being accepted! | Submissions now being accepted for the 110th Tezuka Award and the 103rd Akatsuka Award!




We're looking for assistants online! | We have started accepting carry-in orders online!

List of Award-winning Works | Manga Award Q&A




 More news on Netflix's "ONE PIECE" Season 2 has arrived! The Straw Hat Crew's "ship's doctor" makes his live-action drama debut! Come see the "moving Chopper" unveiled at the global event "TUDUM"!
2025/06/30

 To be held on Saturday, August 9th and Sunday, August 10th, 2025!! Breaking news about "ONE PIECE DAY'25"!! A lineup of amazing artists will be performing on the main stage on Sunday, August 10th, 2025!! The second round of advance ticket sales (lottery) will end on Sunday, July 13th, 2025!
2025/06/30

 "ONE PIECE Card Game" Starter Deck that you can play right away! Released on Saturday, June 28, 2025! Check the official website for the latest information!
2025/06/23

 Into the great ocean of knowledge!! Entries for the "7th ONE PIECE Knowledge King Tournament" are open until 23:59 on Saturday, June 21, 2025!
2025/06/16

 The event will be held at Tokyo Big Sight on Saturday, August 9th and Sunday, August 10th, 2025! Applications for the first advance ticket sales (lottery) for "ONE PIECE DAY'25" are being accepted until Monday, June 23rd, 2025! Click here for details!
2025/06/09

## Related Books







ONE PIECE Eiichiro Oda Art Book TIGER COLOR WALK9

ONE PIECE magazine Vol.15

ONE PIECE FILM RED (novel)

Buy the paper version

Buy the paper version

Buy the paper version

Buy digital edition

Buy digital edition

Read sample

## Promotional Movie



## Related links

▶ ONE PIECE.com

▶ ONE PIECE WEB

▶ Strawberry Store

▶ Hello, ONE PIECE Luffy is coming to town!

▶ "ONE PIECE" turbulent World Conference arc begins!

## Series Archives

    

Kiyoshi the Exorcist    I'm bored!    Devil Man Ichi    Secret    NICE PRISON

 

On November 13th, four suspects were arrested by the Kyoto Prefectural Police Cyber Crime Division and Higashiyama Police Station on suspicion of conspiring to scan and digitize a manga series that was being serialized in Shueisha's Weekly Shonen Jump magazine before its release date and posting it online without permission.

The English pirate site "mangapanda," which the suspects are said to have attempted to publish without permission, is a highly malicious site that obtained multiple manga magazines before their release date, scanned, translated, and edited them, and posted them on its own site to earn advertising revenue. It is also believed to be the core of a cross-border piracy group, supplying scanned files to other pirate sites. There are many unknown aspects of online piracy, such as its revenue, production process, and distribution routes, and we hope that this crackdown will shed light on the full picture.

This case was also uncovered as an infringement of Shueisha's publishing rights under the revised Copyright Act, which only came into force this year. Shueisha and the Weekly Shonen Jump editorial department will continue to take strict action against piracy of copyrighted material, including pursuing criminal charges, in order to fulfill our role of delivering the important works that authors have poured their heart and soul into to readers in Japan and around the world in a correct form.

November 17, 2015
Shueisha
Weekly Shonen Jump Editorial Department

---

We have seen instances on the Internet, particularly on Twitter, where portraits of completely different people are being introduced as if they were portraits of the manga artist Kubo Tite. Please be aware that such actions violate Kubo Tite's personality rights, and in severe cases we will be forced to take strict action, including legal action.

September 4, 2015
Weekly Shonen Jump Editorial Department

---

Nowadays, the internet is full of illegal copies of manga. All of these "illegal copies" and uploads are done against the wishes of the manga artists. They also greatly distort the intentions of the artists, who wanted their work to be read in a certain way. The act of making "illegal copies" and uploading them to the internet, even if it is done casually, is damaging to the expressive activities that the manga artists have poured their heart and soul into, and is also an act that violates the law. Every time we discover such "illegal copies," we have discussed it with the manga artists and taken every possible measure. However, there are too many heartless people, and unfortunately, we are unable to deal with all of them. We ask our readers to please understand that "illegal copies" on the internet deeply hurt manga culture, the rights of manga artists, and above all, the souls of manga artists. Please understand once again that all of these acts are also illegal. Furthermore, manga artists and Shueisha will continue to take strict action against all "illegal copies" on the internet. We ask for your continued support.

Weekly Shonen Jump Editorial Department

Shueisha Privacy Guidelines
© SHUEISHA Inc. All rights reserved.
The copyright of the data on this site belongs to Shueisha Inc., the original author, or other rights holders. Unauthorized duplication, reproduction, broadcast, etc. is prohibited.

The ABJ mark is a registered trademark (registration number 6091713) that indicates that this online bookstore and e-book distribution service is an official distribution service that has obtained permission to use content from the copyright holder
. For details on the ABJ mark and a list of services that display the ABJ mark, please see https://aebs.or.jp/