|  |  |
|---|---|
| In Re 17 U.S.C. § 512(h) Subpoena to CLOUDFLARE, INC. | Case No.: 3:25-mc-80147<br><br>**DECLARATION OF MARCO MARTEMUCCI IN SUPPORT OF SUBPOENA TO OBTAIN THE IDENTITY OF A CLOUFLARE, INC. CUSTOMER PURSUANT TO 17 U.S.C. § 512(h)** |

I, Marco Martemucci, declare as follows:

1. I am an attorney (SBN 287397) with the law firm Gamma Law P.C., representing Shueisha Inc., ("Shueisha") in this matter. I make this declaration in support of Shueisha's position in the joint letter to the Court regarding anonymous third-party Doe's motion to quash Shueisha's subpoena to Cloudflare, Inc., issued by the Clerk of this Court on June 12, 2025, pursuant to the Digital Millennium Copyright Act (DMCA), 17 U.S.C. § 512(h). I have personal knowledge of the facts stated in this Declaration and if called to do so, I would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Cloudflare, Inc.'s webpage describing Cloudflare Cache, accessible at https://developers.cloudflare.com/cache/ (last visited on July 17, 2025), which includes the following: "Cache stores copies of frequently accessed content (such as images, videos, or webpages) in geographically distributed data centers that are located closer to end users than origin servers, reducing server load and improving website performance."

3. Cloudflare, Inc. was duly served with the subpoena on June 16, 2025. Cloudflare, Inc. has not, to date, provided written objections to the subpoena.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on July 20, 2025, in Brooklyn, New York.

By: _____
    Marco Martemucci

DECLARATION OF MARCO MARTEMUCCI

# Exhibit 1



Products  >  Cache / CDN

Page options ⋯

# Cloudflare Cache

Cache content across Cloudflare's global server network.

**Available on all plans**

Cache stores copies of frequently accessed content (such as images, videos, or webpages) in geographically distributed data centers that are located closer to end users than origin servers, reducing server load and improving website performance.

## Features

### Default cache behavior

Learn about default cache behavior, default cached file extensions and cache responses.

[ Use Default cache behavior → ]

### Cache Rules

Configure Cache Rules to optimize your website by specifying which resources should be cached and for how long.

[ Use Cache Rules → ]

### Tiered Cache

Enable Tiered Cache to optimize content delivery by caching frequently accessed content in multiple locations for faster delivery and reduced origin traffic.



Use Tiered Cache →

## Cache Reserve

Use Cloudflare's persistent storage to increase cache times.



Use Cache Reserve →

## Purge

Instantly purge cached files to force Cloudflare to fetch fresh versions from your web server files. You can purge specific files or all at once.



Use Purge →

## Related products


**Load Balancing**
Cloudflare Load Balancing distributes traffic across your endpoints, reducing endpoint strain and latency and improving the end users experience.


**Images**
A suite of products tailored to your image-processing needs.


**Workers**
Cloudflare Workers allows developers to build serverless applications and deploy instantly across the globe for exceptional performance, reliability, and scale.


**Rules**
Cloudflare Rules allows you to make adjustments to requests and responses, configure Cloudflare settings, and trigger specific actions for matching requests.

 **Cloudflare Network Interconnect**

Cloudflare Network Interconnect (CNI) allows you to connect your network infrastructure directly with Cloudflare – rather than using the public Internet – for a more reliable and secure experience.

 **R2**

Cloudflare R2 Storage allows developers to store large amounts of unstructured data without the costly egress bandwidth fees associated with typical cloud storage services.

 **Aegis**

Cloudflare Aegis provides dedicated egress IPs (from Cloudflare to your origin) for your layer 7 WAF and CDN services, as well as Spectrum.

## More resources

 **Plans**

Compare available Cloudflare plans

 **Pricing**

Explore pricing options for Cache

**Was this helpful?**



Next
**Plans** →

Last updated: Jan 9, 2025

## Resources

API

New to Cloudflare?

Products

Sponsorships

Open Source

## Support

Help Center

System Status

Compliance

GDPR

## Company

cloudflare.com

Our team

Careers

## Tools

Cloudflare Radar

Speed Test

Is BGP Safe Yet?

RPKI Toolkit

Certificate Transparency

## Community

 X

 Discord

 YouTube

 GitHub

© 2025 Cloudflare, Inc.   •   Privacy Policy   •   Terms of Use   •   Report Security Issues   •   Trademark   •