1  **KRONENBERGER ROSENFELD, LLP**
   Jeffrey M. Rosenfeld (Bar No. 222187)
2  Leah Rosa Vulić (Bar No. 343520)
   548 Market St. #85399
3  San Francisco, CA 94104
   Telephone: (415) 955-1155
4  Facsimile: (415) 955-1158
5  jeff@kr.law
   leah@kr.law

7  Attorneys for John Doe

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| **In re DMCA Subpoena to CLOUDFLARE, INC.** | Case No. 4:25-mc-80147-YGR |
|---|---|
| | **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is 548 Market Street #85399, San Francisco, California, 94104.

I hereby certify that on October 16, 2025, I served:

**1) ORDER DENYING MOTION TO QUASH**

on the parties listed below as follows:

Cloudflare, Inc.
legal@cloudflare.com
legalresponses@cloudflare.com
avollmer@cloudflare.com
notices@trustandsafety.cloudflare.com

| X | BY EMAIL, to the address(es) listed above. |
|---|---|
| X | (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |

DATED: October 17, 2025

_____
Leah Rosa Vulić