UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE SUBPOENA TO CLOUDFLARE, INC.,

Case No. 25-mc-80147-YGR   (TSH)

**NOTICE OF REFERRAL FOR DISCOVERY**

This case has been referred to the undersigned magistrate judge for all discovery. For any pending matters at the time of referral, the Court will issue a separate order. For all future discovery-related matters, the parties must comply with the undersigned's Discovery Standing Order, available on the Court's website at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

Please direct any questions to the undersigned's Courtroom Deputy at tshcrd@cand.uscourts.gov or (415) 522-4067.

**IT IS SO ORDERED.**

Dated: November 24, 2025

THOMAS S. HIXSON
United States Magistrate Judge