| | |
|---|---|
| 1 | **GAMMA LAW, P.C.** |
| 2 | Duy Thai (SB 157345) |
| | Marco Martemucci (SBN 255054) |
| 3 | One Sansome Street, Suite 1400 |
| | San Francisco, California 94104 |
| 4 | Tel.: 415.901.0510 |
| | Fax: 415.901.0512 |
| 5 | dthai@gammalaw.com |
| | mmartemucci@gammalaw.com |
| 6 | |
| | Attorneys for Shueisha Inc. |
| 7 | |
| | **KRONENBERGER ROSENFELD, LLP** |
| 8 | Jeffrey M. Rosenfeld (Bar No. 222187) |
| | Leah Rosa Vulić (Bar No. 343520) |
| 9 | 548 Market St. #85399 |
| | San Francisco, CA 94104 |
| 10 | Telephone: (415) 955-1155 |
| | Facsimile: (415) 955-1158 |
| 11 | jeff@kr.law |
| 12 | leah@kr.law |
| 13 | Attorneys for John Doe |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re 17 U.S.C. §512(h) Subpoena to** | Case No. 4:25-mc-80147-YGR |
| **CLOUDFLARE, INC.** | |
| | **[SHUEISHA'S PROPOSED] PROTECTIVE ORDER RE: IDENTIFYING INFORMATION PRODUCED IN RESPONSE TO DMCA SUBPOENA (17 U.S.C. §512(h))** |

The Court, having considered the parties' submissions regarding a protective order governing disclosure of identifying information produced pursuant to a subpoena issued under 17 U.S.C. § 512(h), and good cause appearing, hereby ORDERS:

**1. Protected Information**

The term "Protected Information" refers to any personally identifying information ("PII") relating to John Doe, the Cloudflare, Inc. customer and alleged copyright infringer identified as being responsible for the URLs listed in the § 512(h) subpoena issued by Shueisha, Inc. ("Shueisha") in this matter, including but not limited to name, physical address, email address, telephone number, financial information, or IP address logs.

**2. Permitted Uses**

Protected Information shall be used solely for purposes contemplated under the Copyright Act, including:

a) Identifying the alleged infringer to Shueisha and its counsel;
b) Evaluating, preparing, or initiating a copyright infringement action in a U.S. court;
c) Filing a copyright infringement action in a foreign court;
d) Investigating, negotiating, or settling copyright infringement claims prior to, or in lieu of, copyright litigation;
e) Effectuating service of process if a lawsuit is filed.

Protected Information shall not be used for any other purpose, including pre-litigation public disclosure, harassment, commercial use, or publication. Protected Information may be filed publicly without seal in a copyright infringement lawsuit brought by Shueisha against Doe.

**3. Access**

Access to Protected Information shall be limited to:

a) Counsel of record for the subpoenaing party;
b) Paralegals, staff, or experts working at the direction of counsel;
c) The Court or court personnel as necessary;
d) Shueisha officers, directors, employees, consultants, agents, and retained experts working on Sheuisha's copyright enforcement efforts regarding this matter.

All persons receiving Protected Information must be advised of, and agree to be bound by, this Protective Order.

**4. Non-Disclosure**

Shueisha shall not disclose Protected Information to any third party other than those listed in Section 3 unless:

1. The disclosure is reasonably necessary for any of the purposes identified in Section 2;
2. The Doe has been named as a defendant in a filed complaint – at which point all protections under this order cease.

Until and unless a complaint is filed identifying Doe by their name as a party, Protected Information shall remain confidential and not publicly disclosed, except with the Court's permission.

**5. Return or Destruction**

If no action is filed before the expiration of all statutes of limitation on Shueisha's copyright claims against Doe arising from this matter, counsel for the Shueisha shall destroy or return all Protected Information to the producing entity and certify destruction upon request.

**6. Modification**

The Court may modify this Order for good cause shown or upon agreement of the parties.

IT IS SO ORDERED.

DATED: _____     _____
                                                                          United States District/Magistrate Judge